1  JAMES J. WALDORF BAR NO. 38297
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11 UNITED STATES OF AMERICA, )    CASE NO. ACV 08-03421

12       Plaintiff,          )    FIRST AMENDED
                             )    CONSENT JUDGMENT
13       v.                   )

14 AMANDA G. CASTANON,        )
   AKA AMANDA MALBROUGH       )
15                            )

16       Defendant.           )
                             )
17 _____)

18

19      Pursuant to the above stipulation of the parties, Judgment is hereby entered

20 in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant,

21 AMANDA G. CASTANON, AKA AMANDA MALBROUGH, in the total amount

22 of $8,672.78.

23

24 Dated: 11-24-2008            TERRY NAFISI, CLERK
                                United States District Court
25                              Central District of California

26                              L. Rayford
                                By: Deputy Clerk
27

28

                          1